In the Matter of LEON R. KOZIOL, Individually, as Natural Parent of CHILD A and Another, and on Behalf of Parents and Children Similarly Situated, Appellant, v MARTHA WALSH-HOOD, Acting Judge of State of New York, et al., Respondents.

Decided September 21, 2010

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.

HENRIETTE LOUZOUN, Also Known as MALKA LOUZOUN, Appellant, v JOSEPH MONTALTO, Respondent.

Submitted July 19, 2010; decided September 21, 2010

Motion for leave to appeal dismissed as untimely (*see* CPLR 5513 [b]). Cross motion for the imposition of sanctions denied.

In the Matter of HECTOR J. MARTINEZ, Appellant, v MARIA C. MARTINEZ, Respondent.

Submitted July 26, 2010; decided September 21, 2010

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution. Motion for poor person relief dismissed as academic.